

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00231-CR

| | | |
|---|---|---|
| Dewan Morgan | § | From the 211th District Court |
| | § | of Denton County (F-2013-1704-C) |
| v. | § | May 28, 2015 |
| | § | Opinion by Justice Dauphinot |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is modified in part and reversed in part. We modify the trial court's judgment in F-2013-1704-C to delete the burglary conviction and to instead reflect a conviction for the lesser-included offense of assault. We reverse the trial court's judgment in F-2013-1704-C on punishment and remand this case solely for a new punishment trial on the lesser-included assault conviction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot